IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NAOMI MCKINNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 2:14-CV-002-WHA |
| | ) |
| **KENAN TRANSPORT, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW the plaintiff and request this Honorable Court enter an Order pursuant to this motion in limine that will instruct counsel for the defendant, the defendant, and any witnesses, whether through testimony, exhibits, or arguments, to refrain from any reference whatsoever to any of the following:

**1.    POLICE INCIDENT REPORTS**

Pursuant to Alabama Code § 32-10-11, plaintiff moves in limine to preclude the defendant or any witnesses from offering into evidence or utilizing as demonstrative evidence, the accident report for the wreck at issue in this case. Plaintiff does not object to the use of the diagram, nor for the state troopers to utilize the accident report to refresh their recollection as to the details of the wreck. Alabama Code § 32-10-11 specifically precludes the admissibility of the accident report.

## 2. HEARSAY TESTIMONY REGARDING THE CAUSE OF THE ACCIDENT MADE THE BASIS OF THIS LAWSUIT

The defendant may attempt to introduce into evidence opinion testimony regarding the cause of the accident made the basis of this lawsuit, the speed of the vehicles involved in this accident, and/or how this accident occurred. Such testimony or evidence by anyone who was neither a witness to the accident nor has any firsthand knowledge of this accident is inadmissible. See *Phillips v. Emmons*, 514 So. 2d 1369 (Ala. 1987).

WHEREFORE, plaintiff moves this COURT to Order that the above testimony and evidence be excluded from trial on the grounds stated above.

Respectfully submitted,

/s/ Robert L. Gorham
ROBERT L. GORHAM
(ASB-0010-H66R)
Attorney for Plaintiff

OF COUNSEL:
GORHAM & ASSOCIATES, LLC
517 Beacon Parkway West
Birmingham, AL 35209
P: (205)943-9339
F: (205) 943-9338
bgorham@gorhamandandassociates.com

## CERTIFICATE OF SERVICE

I hereby certify the above instrument has been served upon the following counsel of record via electronic filing on this the 2nd day of March, 2015.

Andrew P. Anderson, Esq.
Thomas L. Oliver, II, Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216

    /s/ Robert L. Gorham
OF COUNSEL